| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| | James E. Brandt (*pro hac vice*) |
| 2 | James K. Lynch (Bar No. 178600) |
| | Andrew M. Farthing (Bar No. 237565) |
| 3 | Yasmin Parsafar (Bar No. 287617) |
| | 505 Montgomery Street, Suite 2000 |
| 4 | San Francisco, California 94111-6538 |
| | Telephone: +1.415.391.0600 |
| 5 | Facsimile: +1.415.395.8095 |
| 6 | Attorneys for Nominal Defendant |
| | PG&E Corporation |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IRON WORKERS MID-SOUTH PENSION FUND, Derivatively on Behalf of PG&E CORPORATION. | | Case No. C 13-0550 |
| Plaintiff, | | NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING (CIVIL L.R. 3-13); STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT |
| v. | | |
| CHRISTOPHER P. JOHNS, KENT M. HARVEY, DINYAR B. MISTRY, C. LEE COX, BARRY LAWSON WILLIAMS, DAVID R. ANDREWS, BARBARA L. RAMBO, MARYELLEN C. HERRINGER, RICHARD A. MESERVE, ROGER H. KIMMEL, LEWIS CHEW, PETER A. DARBEE, and DAVID M. LAWRENCE, | | |
| Defendants, | | |
| and | | |
| PG&E CORPORATION, a California corporation, | | |
| Nominal Defendant. | | |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

1

NOTICE OF PENDENCY;
STIPULATION EXTENDING TIME
CASE NO. C 13-0550

WHEREAS this stockholder derivative action, putatively on behalf of Nominal Defendant PG&E Corporation ("PG&E"), was filed in this Court on February 7, 2013;

WHEREAS another stockholder derivative action putatively on behalf of PG&E captioned *Wollman v. Andrews*, CIV 499832, was filed in the San Mateo Superior Court on October 18, 2010 (the "*Wollman* Action");[1]

WHEREAS both this action and the *Wollman* action involve the same Nominal Defendant, many of the same individual defendants, and address the events leading to the gas pipeline explosion in San Bruno, California on September 9, 2010;

WHEREAS not all defendants have yet been served with process in this action, but those defendants that have not yet been served desire to waive service of process and all parties desire to establish a uniform date by which all defendants must respond to the Complaint;

WHEREAS the parties are meeting and conferring regarding a variety of issues affecting the case, including those relating to the *Wollman* Action; and

WHEREAS depending on those discussions, the parties may agree to further extend the deadline by which all defendants must respond to the Complaint;

IT IS HEREBY STIPULATED THAT:

1. All defendants are deemed served with the Complaint as of the date hereof.

2. Defendants' deadline to answer, move or otherwise respond to the Complaint shall be April 15, 2013.

Dated: February 27, 2013                    LATHAM & WATKINS LLP


By /s/ James K. Lynch
James K. Lynch
Attorneys for Nominal Defendant
PG&E Corporation

---

[1] The *Wollman* Action has since been consolidated into the Judicial Council Coordinated Proceeding No. 4648 captioned *PG&E San Bruno Fire Cases*.

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

2

NOTICE OF PENDENCY;
STIPULATION EXTENDING TIME
CASE NO. C 13-0550

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
  Eric S. Waxman (Bar No. 106649)
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
(213) 687-5000

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
  Amy S. Park (Bar No. 208204)
525 University Avenue
Palo Alto, CA 94301
(650) 470-4511


By /s/ Amy S. Park
  Amy S. Park
  Attorneys for the Individual Defendants

ROBBINS ARROYO LLP
  Brian J. Robbins (Bar No. 190264)
  George C. Aguilar (Bar No. 126535)
  Lauren N. Ochendusko (Bar No. 274227)
600 B Street, Suite 1900
San Diego, CA 92101
(619) 525-3990


By /s/ George C. Aguilar
  George C. Aguilar
  Attorneys for Plaintiff

In accordance with Civil Local Rule 5-1(i)(3) of this Court, I, James K. Lynch, attest to the fact that concurrence in the filing of this document has been obtained from each of the other signatories which shall serve in lieu of their signatures on the document.

**IT IS SO ORDERED**
02/27/2013
Judge Samuel Conti

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

3

NOTICE OF PENDENCY;
STIPULATION EXTENDING TIME
CASE NO. C 13-0550