ROBBINS ARROYO LLP
Brian J. Robbins (SBN 190264)
George C. Aguilar (SBN 126535)
Ashley R. Rifkin (SBN 246602)
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

Attorneys for Plaintiff Iron Workers
Mid-South Pension Fund

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IRON WORKERS MID-SOUTH PENSION FUND, Derivatively on Behalf of PG&E CORPORATION, <br><br> Plaintiff, <br> v. <br><br> CHRISTOPHER P. JOHNS, *et al.*, <br><br> Defendants, <br> -and- <br><br> PG&E CORPORATION, a California corporation, <br><br> Nominal Defendant. | Case No. C 3:13-cv-00550-SC <br><br> **STIPULATION TO CONTINUE STATUS CONFERENCE & [PROPOSED] ORDER** <br><br> Date: September 11, 2015 <br> Time: 10:00 a.m. <br><br> Proposed Date: October 23, 2015 <br> Proposed Time: 10:00 a.m. <br><br> Courtroom: 1 <br> Judge: Hon. Samuel Conti |

**STIP. TO CONTINUE STATUS CONFERENCE & [PROPOSED] ORDER**  CASE NO.: 3:13-CV-00550-SC

1  **STIPULATION TO CONTINUE STATUS CONFERENCE AND [PROPOSED] ORDER**

2  Plaintiff Iron Workers Mid-South Pension Fund, nominal defendant PG&E Corporation,
3  and defendants Christopher P. Johns, Kent M. Harvey, Dinyar B. Mistry, C. Lee Cox, Barry
4  Lawson Williams, David R. Andrews, Barbara L. Rambo, Maryellen C. Herringer, Richard A.
5  Meserve, Roger H. Kimmel, Lewis Chew, Peter A. Darbee, and David M. Lawrence hereby
6  stipulate and agree, by and through their undersigned counsel of record, as follows:

7  WHEREAS, on August 3, 2015, the parties submitted to the Court a Joint Status Report;

8  WHEREAS, the Joint Status Report informed the Court of the status of the State
9  Derivative Actions proceeding under the caption <u>PG&E San Bruno Fire Derivative Cases</u>, Case
10 No. JCCP 4648-C, pending in the Superior Court of the State of California, County of San Mateo
11 (the "State Court");

12 WHEREAS, in the Joint Status Report the parties requested that this action remain stayed
13 pending resolution of the State Derivative Actions;

14 WHEREAS, on August 5, 2015, the Court issued a Clerk's Notice setting a Status
15 Conference for September 11, 2015, at 10:00 a.m. for the parties to address the status of this
16 case;

17 WHEREAS, counsel for the individual defendants has a conflict on September 11, 2015,
18 requiring counsel to be out-of-state; and

19 WHEREAS, the parties agree that the Status Conference currently scheduled for
20 September 11, 2015, should be continued;

21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

1   IT IS HEREBY STIPULATED AND AGREED among the undersigned parties that:

2   The Status Conference currently scheduled for September 11, 2015, should be continued
3   to October 23, 2015, at 10:00 a.m.

4   Dated: September 3, 2015                     Respectfully submitted,

5                                                ROBBINS ARROYO LLP
6
                                                 *s/ George C. Aguilar*
7                                                George C. Aguilar
                                                 Brian J. Robbins
8                                                Ashley R. Rifkin
                                                 600 B Street, Suite 1900
9                                                San Diego, CA 92101
10                                               Telephone: (619) 525-3990
                                                 Facsimile: (619) 525-3991
11                                               gaguilar@robbinsarroyo.com
                                                 brobbins@robbinsarroyo.com
12                                               arifkin@robbinsarroyo.com
13
                                                 *Attorneys for Plaintiff Iron Workers Mid-South*
14                                               *Pension Fund*

15
16  Dated: September 3, 2015                     LATHAM & WATKINS LLP

17                                               *s/ James K. Lynch*
                                                 James K. Lynch
18                                               505 Montgomery Street, Suite 2000
                                                 San Francisco, CA 94111
19                                               Telephone: (415) 391-0600
                                                 Facsimile: (415) 395-8095
20                                               jim.lynch@lw.com

21
                                                 James E. Brandt
22                                               885 Third Avenue
                                                 New York, NY 10022
23                                               Telephone: (212) 906-1200
                                                 Facsimile: (212) 751-4864
24                                               james.brandt@lw.com

25
                                                 *Attorneys for Nominal Defendant PG&E*
26                                               *Corporation*

27

28

- 2 -
**STIP. TO CONTINUE STATUS CONFERENCE & [PROPOSED] ORDER**                    **CASE NO.: 3:13-CV-00550-SC**

Dated: September 3, 2015

SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM LLP

*s/ Amy S. Park*
Amy S. Park
Richard S. Horvath, Jr.
525 University Avenue, Suite 1400
Palo Alto, CA 94301
Telephone:  (650) 470-4500
Facsimile:   (650) 470-4570
amy.park@skadden.com
richard.horvath@skadden.com

*Attorneys for Defendants Christopher P. Johns, Kent M. Harvey, Dinyar B. Mistry, C. Lee Cox, Barry Lawson Williams, David R. Andrews, Barbara L. Rambo, Maryellen C. Herringer, Richard A. Meserve, Roger H. Kimmel, Lewis Chew, Peter A. Darbee, and David M. Lawrence*

I, George C. Aguilar, am the ECF User whose ID and password are being used to file this STIPULATION TO CONTINUE STATUS CONFERENCE AND [PROPOSED] ORDER.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that James Lynch and Amy Park have concurred in this filing.

*s/ George C. Aguilar*
GEORGE C. AGUILAR

**[PROPOSED] ORDER**

The above STIPULATION TO CONTINUE STATUS CONFERENCE & [PROPOSED] ORDER is APPROVED. The Status Conference currently scheduled for September 11, 2015, is continued to October 23, 2015, at 10:00 a.m.

**IT IS SO ORDERED.**

Dated:  09/03/2015

