AMY S. PARK (STATE BAR NO. 208204)
amy.park@skadden.com
RICHARD S. HORVATH, JR. (STATE BAR NO. 254681)
richard.horvath@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1400
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile:  (650) 470-4570

Attorneys for Director Defendants
BARRY LAWSON WILLIAMS, DAVID R. ANDREWS,
BARBARA L. RAMBO, MARYELLEN C. HERRINGER,
RICHARD A. MESERVE, ROGER H. KIMMEL,
LEWIS CHEW, and DAVID M. LAWRENCE

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IRON WORKERS MID-SOUTH PENSION FUND, Derivatively on Behalf of PG&E CORPORATION,<br><br>                    Plaintiff,<br>     v.<br><br>CHRISTOPHER P. JOHNS, *et al.*,<br><br>                    Defendants,<br>     -and-<br><br>PG&E CORPORATION, a California corporation,<br><br>                    Nominal Defendant. | Case No. 3:13-cv-00550 (SI)<br><br>**STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE & [PROPOSED] ORDER**<br><br>Date:           December 4, 2015<br>Time:          2:30 p.m.<br><br>Proposed Date:  January 29, 2016<br>Proposed Time:  2:30 p.m.<br><br>Courtroom:  10<br>Judge:          Hon. Susan Illston |

**STIP. TO CONTINUE INITIAL CASE MGMT. CONFERENCE & [PROPOSED] ORDER    CASE NO.: 3:13-CV-00550 (SI)**

**STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**

Plaintiff Iron Workers Mid-South Pension Fund, nominal defendant PG&E Corporation, and defendants Christopher P. Johns, Kent M. Harvey, Dinyar B. Mistry, C. Lee Cox, Barry Lawson Williams, David R. Andrews, Barbara L. Rambo, Maryellen C. Herringer, Richard A. Meserve, Roger H. Kimmel, Lewis Chew, Peter A. Darbee, and David M. Lawrence hereby stipulate and agree, by and through their undersigned counsel of record, as follows:

WHEREAS, on August 3, 2015, the parties submitted to the Court a Joint Status Report;

WHEREAS, the Joint Status Report informed the Court of the status of the State Derivative Actions proceeding under the caption PG&E San Bruno Fire Derivative Cases, Case No. JCCP 4648-C, pending in the Superior Court of the State of California, County of San Mateo (the "State Court");

WHEREAS, in the Joint Status Report the parties requested that this action remain stayed pending resolution of the State Derivative Actions;

WHEREAS, on November 3, 2015, the Court issued an order reassigning this action to the Honorable Susan Illston for all further proceedings;

WHEREAS, on November 10, 2015, the Court issued a Clerk's Notice setting an Initial Case Management Conference for December 4, 2015, at 2:30 p.m.;

WHEREAS, counsel for defendants Barry Lawson Williams, David R. Andrews, Barbara L. Rambo, Maryellen C. Herringer, Richard A. Meserve, Roger H. Kimmel, Lewis Chew, and David M. Lawrence has a conflict on December 4, 2015 requiring counsel to be out-of-state; and

WHEREAS, the parties agree that the Initial Case Management Conference currently scheduled for December 4, 2015, should be continued;

//
//
//
//
//

1    IT IS HEREBY STIPULATED AND AGREED among the undersigned parties that:

2    The Initial Case Management Conference currently scheduled for December 4, 2015,
3    should be continued to January 29, 2016, at 2:30 p.m.

4    Dated: November 13, 2015                Respectfully submitted,

5                                            ROBBINS ARROYO LLP

6                                            *s/ George C. Aguilar*
7                                            George C. Aguilar
                                             Brian J. Robbins
8                                            Ashley R. Rifkin
                                             600 B Street, Suite 1900
9                                            San Diego, CA 92101
10                                           Telephone:  (619) 525-3990
                                             Facsimile:   (619) 525-3991
11                                           gaguilar@robbinsarroyo.com
                                             brobbins@robbinsarroyo.com
12                                           arifkin@robbinsarroyo.com

13
                                             *Attorneys for Plaintiff Iron Workers Mid-South*
14                                           *Pension Fund*

15
16   Dated: November 13, 2015                LATHAM & WATKINS LLP

17                                           *s/ James K. Lynch*
                                             James K. Lynch
18                                           505 Montgomery Street, Suite 2000
                                             San Francisco, CA 94111
19                                           Telephone:  (415) 391-0600
                                             Facsimile:   (415) 395-8095
20                                           jim.lynch@lw.com

21
                                             James E. Brandt
22                                           885 Third Avenue
                                             New York, NY 10022
23                                           Telephone:  (212) 906-1200
                                             Facsimile:   (212) 751-4864
24                                           james.brandt@lw.com

25
                                             *Attorneys for Nominal Defendant PG&E*
26                                           *Corporation*

27

28

| | |
|---|---|
| Dated: November 13, 2015 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| | |
| | *s/ Amy S. Park* |
| | Amy S. Park |
| | Richard S. Horvath, Jr. |
| | 525 University Avenue, Suite 1400 |
| | Palo Alto, CA 94301 |
| | Telephone:  (650) 470-4500 |
| | Facsimile:   (650) 470-4570 |
| | amy.park@skadden.com |
| | richard.horvath@skadden.com |
| | |
| | *Attorneys for Defendants Barry Lawson Williams, David R. Andrews, Barbara L. Rambo, Maryellen C. Herringer, Richard A. Meserve, Roger H. Kimmel, Lewis Chew, and David M. Lawrence* |
| | |
| Dated: November 13, 2015 | McDERMOTT WILL & EMERY LLP |
| | |
| | *s/ A. Marisa Chun* |
| | A. Marisa Chun |
| | McDermott Will & Emery LLP |
| | 275 Middlefield Road, Suite 100 |
| | Menlo Park, CA 94025-4004 |
| | Telephone:  (650) 815-7400 |
| | Facsimile:   (650) 815-7401 |
| | |
| | Steven S. Scholes (Admitted *pro hac vice*) |
| | 227 West Monroe Street |
| | Chicago, IL 60606-5096 |
| | Telephone:  (312) 372-2000 |
| | Facsimile:   (312) 984-7700 |
| | |
| | *Attorneys for Defendants Christopher P. Johns, Kent M. Harvey, Dinyar B. Mistry, C. Lee Cox, Peter A. Darbee* |

    I, Amy S. Park, am the ECF User whose ID and password are being used to file this STIPULATION TO CONTINUE STATUS CONFERENCE AND [PROPOSED] ORDER.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that George C. Aguilar, James K. Lynch, and A. Marisa Chun have concurred in this filing.

                                                   s/ *Amy S. Park*
                                                   AMY S. PARK

1 **[PROPOSED] ORDER**

2    The above STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT
3 CONFERENCE & [PROPOSED] ORDER is APPROVED.  The Status Conference currently
4 scheduled for December 4, 2015, is continued to January 29, 2016, at 2:30 p.m.

5 **IT IS SO ORDERED.**

6 Dated: 11/16/15

_____
HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE