| | |
|---|---|
| 1 | ROBBINS ARROYO LLP |
| | Brian J. Robbins (SBN 190264) |
| 2 | brobbins@robbinsarroyo.com |
| | George C. Aguilar (SBN 126535) |
| 3 | gaguilar@robbinsarroyo.com |
| | Ashley R. Rifkin (SBN 246602) |
| 4 | arifkin@robbinsarroyo.com |
| | 600 B Street, Suite 1900 |
| 5 | San Diego, CA 92101 |
| | Telephone: (619) 525-3990 |
| 6 | Facsimile: (619) 525-3991 |
| 7 | Attorneys for Plaintiff Iron Workers Mid-South Pension Fund |
| 8 | |
| | [Additional counsel listed on signature page.] |
| 9 | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 13 | IRON WORKERS MID-SOUTH PENSION FUND, Derivatively on Behalf of PG&E CORPORATION, | Case No. 3:13-cv-00550-SI |
| 14 | | **STIPULATION AND [PROPOSED] ORDER REGARDING CASE MANAGEMENT CONFERENCE** |
| 15 | Plaintiff, | |
| | v. | |
| 16 | | Judge:    Hon. Susan Illston |
| 17 | CHRISTOPHER P. JOHNS, *et al.*, | |
| | Defendants, | |
| 18 | -and- | |
| 19 | PG&E CORPORATION, a California corporation, | |
| 20 | | |
| | Nominal Defendant. | |

1  WHEREAS on February 7, 2013, Plaintiff Iron Workers Mid-South Pension Fund ("Plaintiff") commenced this shareholder derivative action, captioned *Iron Workers Mid-South Pension Fund v. Johns, et al.*, No. 3:13-cv-00550-SI ("*Iron Workers* Action"), on behalf of Nominal Defendant PG&E Corporation;

WHEREAS other shareholder derivative actions, putatively on behalf of PG&E and captioned *San Bruno Fire Derivative Cases*, JCCP No. 4648-C, and *Tellardin v. Earley, et al.*, No. CIV 534119 (collectively, the "State Derivative Actions"), are pending before the Superior Court of California, County of San Mateo;

WHEREAS another shareholder derivative action, putatively on behalf of PG&E Corporation and its subsidiary Pacific Gas and Electric Company and captioned *Bushkin v. Rambo, et al.*, No. 3:16-cv-00973-SI ("*Bushkin* Action"), was filed in this Court on February 27, 2016;

WHEREAS a criminal action against Pacific Gas and Electric Company, captioned *United States v. Pacific Gas and Electric Company*, No. 3:14-cr-00175-TEH (the "Criminal Action"), is pending in this District;

WHEREAS the court in the Criminal Action vacated the previously scheduled trial date of April 26, 2016, and is expected to set a new trial date at an upcoming conference;

WHEREAS the *Iron Workers* Action, the *Bushkin* Action, and the State Derivative Actions involve the same Nominal Defendant(s), many of the same individual defendants, and concern the events leading to the gas pipeline rupture in San Bruno, California on September 9, 2010 (the "San Bruno Fire");

WHEREAS following the San Bruno Fire, approximately 140 actions involving claims for personal injury and property damage in connection with the San Bruno Fire were filed and consolidated into Judicial Council Coordinated Proceeding No. 4648, captioned *PG&E San Bruno Fire Cases* (the "State Consolidated Action"), which was litigated in the Superior Court of California, County of San Mateo;

WHEREAS the State Derivative Actions have been stayed pending conclusion of the federal criminal proceedings;

1  WHEREAS, by agreement of the parties and with the approval of this Court, the *Iron Workers* Action has been stayed in its entirety pending resolution of the State Derivative Actions, and no date by which the defendants must respond to the *Iron Workers* complaint has been set;

WHEREAS on April 19, 2016, the Court clerk gave notice that the Court has continued a Case Management Conference in the *Iron Workers* Action to June 2, 2016; and

WHEREAS on May 3, 2016, the Court entered an order in the *Bushkin* Action that, among other things, vacated an Initial Case Management Conference scheduled in that action for June 17, 2016;

IT IS HEREBY STIPULATED THAT:

1. Counsel for all parties shall meet and confer within 30 days after conclusion of the trial in the Criminal Action and provide a status update to the Court.

2. The Case Management Conference currently scheduled in the *Iron Workers* Action for June 2, 2016 shall be vacated.

Dated: May 5, 2016                                     Respectfully submitted,

ROBBINS ARROYO LLP

*/s/ George C. Aguilar*
George C. Aguilar
Brian J. Robbins
Ashley R. Rifkin
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
gaguilar@robbinsarroyo.com
brobbins@robbinsarroyo.com
arifkin@robbinsarroyo.com

*Attorneys for Plaintiff Iron Workers Mid-South Pension Fund*

Dated: May 5, 2016                                     LATHAM & WATKINS LLP

*/s/ James K. Lynch*
James K. Lynch
Steven M. Bauer
505 Montgomery Street, Suite 2000
San Francisco, CA 94111

|   |   |   |
|---|---|---|
| 1 | | Telephone: (415) 391-0600 |
| 2 | | Facsimile: (415) 395-8095 |
|   | | jim.lynch@lw.com |
|   | | steven.bauer@lw.com |

```
 1                                         Telephone: (415) 391-0600
                                           Facsimile: (415) 395-8095
 2                                         jim.lynch@lw.com
                                           steven.bauer@lw.com
 3
                                           James E. Brandt
 4                                         885 Third Avenue
                                           New York, NY 10022
 5                                         Telephone: (212) 906-1200
                                           Facsimile: (212) 751-4864
 6                                         james.brandt@lw.com

 7                                         Attorneys for Nominal Defendant PG&E
                                           Corporation
 8
     Dated: May 5, 2016                    SKADDEN, ARPS, SLATE,
 9                                            MEAGHER & FLOM LLP

10                                         /s/ Amy S. Park
                                           Amy S. Park
11                                         Richard S. Horvath, Jr.
                                           525 University Avenue, Suite 1400
12                                         Palo Alto, CA 94301
                                           Telephone: (650) 470-4500
13                                         Facsimile: (650) 470-4570
                                           amy.park@skadden.com
14                                         richard.horvath@skadden.com

15                                         Attorneys for Defendants Barry Lawson
                                           Williams, David R. Andrews, Barbara L.
16                                         Rambo, Maryellen C. Herringer, Richard A.
                                           Meserve, Roger H. Kimmel, Lewis Chew, and
17                                         David M. Lawrence

18   Dated: May 5, 2016                    McDERMOTT WILL & EMERY LLP

19                                         /s/ A. Marisa Chun
                                           A. Marisa Chun
20                                         275 Middlefield Road, Suite 100
                                           Menlo Park, CA 94025-4004
21                                         Telephone: (650) 815-7400
                                           Facsimile: (650) 815-7401
22                                         mchun@mwe.com

23                                         Steven S. Scholes (pro hac vice)
                                           227 West Monroe Street
24                                         Chicago, IL 60606
                                           Telephone: (312) 372-2000
25                                         Facsimile: (312) 984-7700
                                           sscholes@mwe.com
26
                                           Charles E. Weir (SBN 211091)
27                                         2049 Century Park East, 38th Floor
                                           Los Angeles, CA 90067
28                                         Telephone: (310) 277-4110
                                           Facsimile: (310) 277-4730
```

cweir@mwe.com

*Attorneys for Defendants Christopher P. Johns, Kent M. Harvey, Dinyar B. Mistry, C. Lee Cox, and Peter A. Darbee*

I, George C. Aguilar, am the ECF User whose ID and password are being used to file this Stipulation Regarding Case Management Conference. In compliance with Civil L.R. 5-1(i), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

*/s/ George C. Aguilar*
GEORGE C. AGUILAR

\* \* \*

~~[PROPOSED]~~ ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 5/5/16

_____
HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE